UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 08 2020
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Case number: 20-14618
Case Name: Natalie Veprinsky

Honorable: Timothy A. Barnes

### NOTICE OF MOTION

TO: Natalie Veprinsky(debtor)
1221 W Sherwin ave apt 7f
Chicago IL, 60626

Richard N. Golding                   Email: rgolding@goldinglaw.net
The Golding law office, P.C
The Boyce Building
500 N Dearborn ST. 2nd floor
Chicago IL, 60654

Trustee                              Email: csteege@jenner.com
Catherine L. Steege, ESQ
Jenner & Block
353 N Clark St.
Chicago, IL 60654

U.S Trustee
Patrick S Layng
Office of the U.S Trustee. Region 11
219 S Dearborn ST. Room 873
Chicago IL 60604

PLEASE TAKE NOTICE that on 09/14/2020, at 1 PM, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, in courtroom 744 in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the motion of _Iryna Chervak, pro se, to grant her objection to discharge bankruptcy, a copy of which is attached.

Respectfully submitted by:
Iryna Chervak, 1523 E Jane Ave. Arlington Heights IL, 60004, 224-830-9059, IrynaChervak@gmail.com

## CERTIFICATE OF SERVICE

I, Iryna Chervak, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by email provided and Fedex on 09/02/2020 at 3 p.m.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number: 20-14618
Case Name: Natalie Verpimsky

Honorable: Timothy A. Barnes



# **MOTION**

To Object To Discharge Bankruptcy

Now comes Creditor, Iryna Chervak, pro se, and for her Motion to Object to Discharge Bankruptcy states as follow:

1. Natalie Veprinsky advertised her business as a legitimate travel agency in the Russian newspaper Reklama.

2. On September 21 2019 or before, we had a meeting with her to purchase a flight and a hotel to visit French Polynesia.

3. The debtor presented us with a travel plan along with the price, demanding full payment before booking.

4. We paid Mrs. Veprinsky initially $4.000 and told her we would pay the rest once booking had been made.

5. A week later, Natalia presented us with the itinerary with flights and hotel's information, stating she paid for the booking and we paid her the rest of the $3.050.

6. Mrs. Veprinsky said she would get in touch with us to finalize some trip details. The debtor had never presented us with any paid confirmation, had never answered our phone calls or emails.

7. Upon contacting United Airlines we found out that our reservation was canceled after 24 hr for non-payment.

8. Same with the hotels. The debtor never paid them.

9. Moreover, there is no travel agency on the address debtor provided as her business address.

10. We filed a police report. As of now, according to police investigator Ryan Paciga,t. 847-368-5357, a warrant for Mrs.Veprinsky's arrest has been issued.

11. The debtor defrauded us. She was not going to purchase flights and hotels for us at the time she received our money.

12. The debtor filed for bankruptcy on 07/28/2020. Natalie Veprinsky does scam and fraud for a living. There is a complaint from other victims in Cook County Circuit Court, case# 18-CH-8620, citing alleged breach of contract, breach of duty and fraud.

13. By declaring bankruptcy, N.Veprinsky wants to get away with her crimes, knowing that no justice will be served to her. Please, don't let that happen. Please, block her debt discharge and help us to get our money back.

Respectfully, Iryna Chervak
1523E. Jane ave
Arlington Hts, IL 60004
Tel. 224-830-9059
Email: irynachervak@gmail.com